In the Matter of the Application of the MAYOR, ALDER-
MEN AND COMMONALTY OF THE CITY OF NEW YORK
Relative to Acquiring Title to Lands Required for the
Purpose of Opening Spuyten Duyvil Road.

In the Matter of the Application of CAROLINE WEIGEL
et al., Appellants, for Damages Caused by the Closing
of Old Kingsbridge Road; THE CITY OF NEW YORK
et al., Respondents.

*Matter of Mayor, etc., of N. Y. (Spuyten Duyvil Road)*, 152 App.
Div. 114, affirmed.
(Argued April 15, 1913; decided April 29, 1913.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial
department, entered August 8, 1912, which reversed an
order of Special Term confirming the report of commis-
sioners of estimate and assessment in the above-entitled
proceeding.

The following questions were certified: " 1. Did the
orders of the court at Special Term entered on the
23d day of June, 1903, determine that the Kingsbridge
road was legally closed. 2. Did the failure of the
appellants to appeal from the orders of the Special Term,
entered June 23, 1903, or to give notice of an intention to
bring such orders up for review on appeal from the final
order confirming the report of the commissioners, pre-
clude the Appellate Division from passing upon the facts
on which the orders of the Special Term were based? "

*Clarence C. Ferris* for appellants.

*Archibald R. Watson, Corporation Counsel* (*Joel J.
Squier* and *James Regan Fitz Gerald* of counsel), for City
of New York, respondent.

*Alpheus H. Favour* and *Edward L. Thompson* for
Estate of Isaac G. Johnson et al., respondents.

Order affirmed, with costs; first question certified answered in the negative; second question not answered because an answer is unnecessary; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.